UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT COURT OF NORTH CAROLINA

JAMAAL GITTENS

Petitioner,

Vs.

3:25-cv-407-KDB

TRIPP HELMS

STEVEN HIGDON

CHELSEY WILSON

Defendant

## PLANTIFFS PETITION COMPLAINT AND NATURE SUIT FOR DEPRIVATION OF FEDERALLY PROTECTED RIGHTS- 42 USC 1983/ JURISDICTIONAL STATMENTS/ VOIR DIRE OF THE COURT RULE 201 MANDETORY JUDICIAL NOTICE OF AJUDICATIVE FACTS

Attorney Chelsey Wilson, Judge Steven Higdon, Tripp Helms, deprived me federally protected rights clearly articulated by the United States Constitutional, denial of substantive, Procedural Due process while acting under a color of law, false imprisonment, it's clearly established that a judge who acts in absence of subject matter jurisdiction, is liable for his acts Stump v Sparkman 435 U.S 349, 98 S Ct 1099(1978) Bradley v fisher 80 U.S 335 (1872)

### Argument

I filed a special appearance, motion to dismiss in union county court, simply because the court lacked jurisdiction, it was based off a traffic ticket I received. March 29, 2022 I appeared before Judge Steven Higdon, District attorney Chelsey Wilson, I informed Judge Higdon that I'm here on special appearance; he claimed he didn't know what that was, the special appearance was filed with the clerk of court, I turned to District attorney Chelsey Wilson, asked her, if she's contesting my motion to dismiss; I asked her several times, she didn't responded, she failed to prosecute, Doing paper work; I believe Judge Higdon knew Chelsey was in the hot seat,

he deterred me away from her Judge Steven Higdon continuously tried to get me to sign a waiver for trial; I refused, I was on special appearance, my motion to dismiss filed with the court, demonstrated, jurisdiction was lacked. The only way this court obtains jurisdiction, is by indictment, information proscribe by the U.S Constitution; Matter of Green 313 SE 2d 193(N.C App 1984) Appearance Ticket is not accusatory instrument and its filing does not confer jurisdiction over the defendant people v Gabby 670.N.Y. S.2d 421 (1997) Chandler V State 96 okl 344 225(1953) Buis v State 729 427(Okla. 5/14/1990) Pursuant to NC Crim.P section 15A-303 a criminal summons must contain a statement supported by oath or affirmation. There weren't any pleadings, probable cause before union county court to stand trial. Judge Steven Higdon asked me "why shouldn't I be place you in contempt of court" I responded," jurisdiction can be challenge at anytime Lemmerman v Williams Oil Co 318 NC 577(NC1986) District attorney Chelsey Wilson, brought this cases before the court, failed to prosecute, demonstrate, the court had jurisdiction. Judge Hidgdon ordered the sheriffs to handcuff me, placed me on 48 hours contempt of court; ordered me to come back May,23,2022 The contempt, was under a color of law, I wasn't disrupting the court, it's a fact, jurisdiction was lacked, "There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2D 215(3rd circuit 1973)

I filed a motion to transfer from district to superior court, to vacate judge Higdon's void contempt proceedings, dismiss this case for lack of jurisdiction. I appeared before Judge Tripp Helms May 23 2022, he read my motions, denied it; coerced me with contempt like Higdon's, to participate in a kangaroo trial, which he knew he lacked jurisdiction, there wasn't any pleadings, Indictment or information for probable causes to stand trial, To avoid jail, I participated in the sham proceeding; My motion contained NC supreme court rulings, regarding an invalid charging statue State v Paterson 4.S.E 350,352,98 N.C.660(1887) Helms should have adhered to it, instead he chose to legislate, ignore The rule of precedent, Honor his Oath; Lower courts must follow the decisions of the highest court in the state Norton v Shelby, 118 U.S 425(1886)I Told judge Tripp Helms, he's bound to precedent; he said, it's going to be done his way, I asked him did he have jurisdiction, he didn't respond Tripp Helms was using the DA to testify, that a speeding occurrence occurred, when he isn't a person with firsthand knowledge. Statements of counsel brief or in argument are not sufficient for a summary judgment" Trinsey v Pagliaro. 229 F. Supp. 647 (1964)

Confine a person without a lawful privilege, for an appreciable length of time Serra v Lappin, 600 f 3d 1191 (9th) (Cir 2010) **Blacks Law 5th** Yates v Village of Hoffman Estates, Illinois 209 F. Supp 757 (ND Ill 1962) violation of fourteenth Amendment rights creates a state action Lugar v Edmondson Oil Co 457 U.S 922 (1982) United States v Price 383 U.S 787(1966) To try and punish for a crime cannot be acquired by the mere assertion of it, or invoked otherwise than the mode prescribed by law, and if it is not so acquired or invoked, any judgment is nullity 22 CJS criminal Law" 167 P 202 Where Rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them Miranda v Arizona 384 U.S 436(1966)

## Conclusion

Pursuant to Rule 3 Civ.P, the clerk supposed to file a complaint with a cause of action, oath affidavit; There's no immunity when an officer acts maliciously and without probable cause, prosecutor's are only shielded when seeking an indictment, but the first step in the process is seeking a conviction Exposing the prosecutor to liability for the initial phase Malley v Briggs 475 U.S 335 (1986) at 475 at 343 U.S 341 Judge Steven Hidgon, Tripp Helms, Attorney Chelsey Wilson read my motion, knew my objections, and they all continued to clearly violated statutory, constitutional rights of which a reasonable person would have known Harlow v Fitzgerald 457 U.S (1982) false imprisonment, suit Under 42 USC 1983 Is sufficient, all parties mentioned has conspired to oppressed, intimidate, denied me rights secured by the constitution, while acting under a color of law The argument is that I can't prove the defendants conspired to deny me rights secured by the constitution, the defendant's actions are routine and Habit, protocol, to deny citizens procedural Due processes in a kangaroo court. United States v Guest 383 U.S 745 (1966)

Applying clear Absence of all jurisdiction standard, in Bradley judges subject matter jurisdiction is only limited to cases in controversy, Jurisdiction is the power to hear and determine the subject matter in controversy between parties to suit, to adjudicate or exercise any judicial power over them Rohde Island v Massachusetts 37 U.S 657 (1838) Judicial acts are those involving the performance of the functions of resolving disputes between parties, or authoritatively adjudicating private rights. Atkinson Baker Associates v Kolts 7 F 3d 1452(9th cir 1993)

I'm seeking 10 million dollars in punitive damages; I suffered Emotional distress, humiliation, being placed in public domain, I received phone calls concerning jail photo

Trial by Jury Demanded

_____
Type or printed notary name
_____Seal
– Place Notary Signature Above –

_____
My commission expires
_____ Date

Jamaal A Gittens
1206 Marlene Street
Charlotte NC 28208
(704) 975-8173

*[signature]*